Attorney for Debtor
Christopher Mark Winslow #76156
**Law Office of Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: James M. Greber
Caroline M. Greber                                Case No. 13-30235
3949 Fighting Creek Dr.                           Chapter 13
Powhatan, VA 23139                                Trustee: Robert E. Hyman
Last four digits of SSN: xxx-xx-3534
Last four digits of SSN: xxx-xx-9893

### ORDER FOR SUPPLEMENTAL FEES

Upon the Application for Supplemental Fee Allowance filed by Christopher M. Winslow, pursuant to Standing Order 08-1.

It is ORDERED that Christopher M. Winslow is awarded $150 in additional fees as set out in the motion: The attorney settled a Motion to Dismiss which was filed by the Trustee on January 7, 2014 which was withdrawn in open court on February 19, 2014.

Enter:    Nov 11 2014

/s/ Kevin R. Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Nov 12 2014

| I ask for this and I hereby certify pursuant to Local Rule 9022 that this Order has been endorsed by all necessary parties: <br><br> /s/ Christopher M. Winslow <br> Christopher M. Winslow, Esq. <br> Counsel for James M. Greber & Caroline Greber, Attorney for Debtor <br> Christopher Mark Winslow #76156 <br> **Law Office of Winslow & McCurry, PLLC** <br> 1324 Sycamore Square, Suite 202C <br> Midlothian, VA 23113 <br> (804) 423-1382 | Seen and Agreed: <br><br> /s/ Robert E. Hyman <br> Robert E. Hyman, Chapter 13 Trustee <br> P.O. Box 1780 <br> Richmond, VA 23219 <br> Telephone: (804) 775-0979 |
|---|---|

**The Clerk shall mail copies of this Order to:** Christopher Mark Winslow **Law Office of Winslow & McCurry, PLLC** 1324 Sycamore Square, Suite 202C Midlothian, VA 23113, United States Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219, the debtor, James M. Greber, 3949 Fighting Creek Dr., Powhatan, VA 23139; Robert E. Hyman, Chapter 13 Trustee, P.O. Box 1780, Richmond, VA 23219.